IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RICHARD DOUCETTE,

   Appellant,

v.

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

   Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3956

_____/

Opinion filed September 7, 2016.

An appeal from the Circuit Court for Calhoun County.
Allen L. Register, Judge.

Richard Doucette, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Brett Coleman, Assistant Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

  AFFIRMED.

WOLF, LEWIS, and OSTERHAUS, JJ., CONCUR.